**Motion Granted; Abatement Order filed April 4, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00583-CV
_____

### DEAN SMITH, Appellant

### V.

### MICHELE ANN SMITH, Appellee

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2009-33707**

## ABATEMENT ORDER

This is an appeal of an enforcement order signed June 1, 2018. On February 7, 2019, appellant filed a petition for writ of mandamus challenging the same order. This court docketed the original proceeding in cause number 14-19-00106-CV. Because the June 1, 2018 order was signed by a judge who no longer serves on the bench this court abated the mandamus proceeding to permit the current trial judge, the Honorable Sandra Peake, to review the ruling. *See* Tex. R. App. P. 7.2(b). On March 7, 2019, on joint motion of the parties, this court extended the abatement period in the mandamus proceeding to May 3, 2019.

On March 26, 2019, the parties filed a joint motion to abate the appeal until May 3, 2019, because the appeal addresses the order being reviewed by Judge Peake. The motion is granted.

The appeal is abated, treated as a closed case, and removed from this court's active docket until May 3, 2019. The appeal will be reinstated on this court's active docket at that time. Before that date, the court will consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Bourliot.